**Original filed 8/16/06**

1

2

3

4

5

6

7

8                                         NOT FOR CITATION

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12    KENNETH R. CALIHAN,                    )        No. C 05-1641 JF (PR)
                                             )
13                   Plaintiff,              )        ORDER OF DISMISSAL
                                             )
14        vs.                                )
                                             )
15    DOCTOR DOUGLAS SMITH,                   )
                                             )
16                   Defendant.              )
                                             )
17    ─────────────────────────────────────

18        Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C.

19    § 1983.  On March 22, 2006, the Court granted Plaintiff's motion to proceed in forma

20    pauperis.  On March 30, 2006 and April 6, 2006, the Court's order was returned by mail

21    as "undeliverable."  Plaintiff has not communicated with the Court since December 2005.

22        The Court may, without prejudice, dismiss a complaint or strike an answer when:

23    (1) mail directed to the attorney or the pro se party by the court has been returned to the

24    court as not deliverable, and (2) the Court fails to receive within sixty days of this return a

25    written communication from the attorney or pro se party indicating a current address.  See

26    Civil L.R. 3-11(b); see also Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988)

27    (affirming dismissal with prejudice of pro se prisoner's complaint for failing to notify

28    court of his change of address despite local rule providing that case be dismissed without

Order of Dismissal
P:\pro-se\sj.jf\cr.05\Calihan641dis                1

1 prejudice because any lesser sanction would impose affirmative obligation for district

2 courts to track down <u>pro</u> <u>se</u> prisoners).  Accordingly, the instant action is DISMISSED

3 without prejudice for Plaintiff's failure to notify the Court of his current address and

4 failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

5 The Clerk shall terminate any pending motions and close the file.

6     IT IS SO ORDERED.

7 DATED: __8/16/06_____

           JEREMY FOGEL

8            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.05\Calihan641dis                    2

1   A copy of this ruling was mailed to the following:

2

3   Kenneth R. Calihan
    2004013604
    Contra Costa County Sheriff's Detention Facility
4   901 Court Street
    Martinez, CA  94553

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28